**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

ANDREA LYNN POTTERY,

Plaintiff,

vs.

LOTUS INTERNATIONAL, INC., WAYFAIR, INC., THE HOME DEPOT, INC., SULLIVANS, INC., BED BATH & BEYOND, INC. LOWE'S COMPANIES, INC. 785 DÉCOR, LLC, IBSPOT.COM INC., and DOES 1-10

Defendants.

Case No.: 1:26-cv-03547-MLB

**ORDER**

Upon consideration of the Motion for Extension of Time to Respond to the Complaint by Defendant Wayfair, Inc., it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Wayfair, Inc.'s deadline to respond to Plaintiff's Complaint is extended to October 23, 2026.

SO ORDERED this 24th day of September, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE